IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES JERMAINE WOODFORK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-21-0492-HE |
| ) | |
| SCOTT NUNN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff James Jermaine Woodfork, a state prisoner appearing *pro se*, filed this civil rights complaint alleging violations of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings. Judge Mitchell reviewed plaintiff's application to proceed *in forma pauperis* and issued a Report and Recommendation recommending that the application be denied. Plaintiff has now paid the filing fee [Doc. #10].

Accordingly, plaintiff's application [Doc. #2] and the Report and Recommendation [Doc. #8] are **STRICKEN as MOOT**. This matter is re-referred to Judge Mitchell for further proceedings.

**IT IS SO ORDERED**.

Dated this 14th day of June, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE